

1
2
3
4
5

6                    UNITED STATES DISTRICT COURT

7                   SOUTHERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,        )   Criminal Case No. 08cr1988-LAB
                                    )
9              Plaintiff,           )   I N F O R M A T I O N
                                    )
10       v.                         )   Title 8, U.S.C., Sec. 1326(a) -
                                    )   Deported Alien Found in the
11 EDUARDO LUGO-SANCHEZ,            )   United States (Felony)
                                    )
12             Defendant.           )
                                    )
13 _____ )

14     The United States Attorney charges:

15     On or about May 20, 2008 within the Southern District of
16 California, defendant EDUARDO LUGO-SANCHEZ, an alien, who previously
17 had been excluded, deported and removed from the United States to
18 Mexico, was found in the United States, without the Attorney General
19 of the United States or his designated successor, the Secretary of the
20 Department of Homeland Security (Title 6, United States Code, Sections
21 202(3) and (4), and 557), having expressly consented to the
22 defendant's reapplication for admission to the United States; in
23 violation of Title 8, United States Code, Section 1326(a).

24     DATED: June 19, 2008.

25                                      KAREN P. HEWITT
                                        United States Attorney
26
27
                                        MICHELLE M. PETTIT
28                                      Assistant U.S. Attorney

MIP:psd:San Diego
6/2/08